UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
===================================

JOSHUA G. HARRIS, **Answer to Crossclaim**

        Plaintiff, Case No. 22-cv-75

v.

TODD MCALISTOR, et al.,

        Defendants.
===================================

Defendants, City of Buffalo, Todd McAlister, Elnur Karadzhaev, Dennis Taylor, Jeffrey Jajkowski, Maurice Foster, Andrew Dalgleish, Ashlee Amoia, Luis Rivera, Edward Ramage, Chelsey Rogowski, Mary May, Victoria Siracuse, Zackary Morin, Terrell Bolden, Philip Hinterberger, Anthony Avolio, Jennifer Stutz, Scott Culver, Kenneth Anaya, Hiba Khalil and Kayla Wise (collectively, the City defendants), by their undersigned attorney, upon information and belief deny the allegations in paragraphs 33 and 34 of defendants, G4S Secure Solutions, Shelia Kirsch, Teresa Dickinson and Amane Ramadan's (collectively, the defendants) verified answer to plaintiff's amended complaint (Dkt. 31) to the extent that the allegations are asserted against the City defendants, and request judgment dismissing the defendants' crossclaim against the City defendants, together with such other and further relief as the court may deem appropriate.

Dated:     Buffalo, New York
             November 14, 2022

2

        Yours, etc.,

        Cavette A. Chambers
        Corporation Counsel
        Attorney for City Defendants

By:    s/David M. Lee
        Assistant Corporation Counsel
        City of Buffalo Department of Law
        65 Niagara Square, 1104 City Hall
        Buffalo, New York 14202
        (716) 851-9691
        dlee@city-buffalo.com

**Certificate of Service**

        I certify that on November 14, 2022, I caused the foregoing to be served upon plaintiff by regular mail addressed to Joshua G. Harris, 377 Dearborn Street, Buffalo, New York 14207.

Dated:    Buffalo, New York
           November 14, 2022

        s/David M. Lee