Joshua G. Harris

In Care of: 725 Hertel Ave #223

Buffalo, New York 14207

September 13, 2024

Subject: Issue of failed attempt to correspond with Defendants' Attorneys to have an agreement on stipulation of Depositions.

Issue of not having an available "Officer" to swear in the Deponents.

To The Honorable Judge Jeremiah J. McCarthy:

I'm writing this letter to inform the Court that a couple of issues have arisen since the last teleconference. I have attempted to correspond via email to the Defendants' Attorneys (to no avail), to come to an agreement on the stipulations of the upcoming depositions and to have an "Officer" or an eligible person to swear in the Deponents for the Depositions. The email was sent out a week ago from the date of this letter (September 6th, 2024). It is my understanding that Ms. Denetra D. Roberts was out of her office until September 11th, however, I've cc her assistant Jennifer Malvaso at that time; as it has been a couple of days since her return and over a week from the remaining Attorney's without a response.

Seeing that I am not an Attorney, of which I have clearance to prosecute this case under forma pauperis; I am requesting that this Court would remedy these issues to assign a "Court Officer" to swear in the Deponents for these upcoming Depositions and to come to an agreement on the Stipulations of the Depositions.

In closing, as you (Honorable Judge McCarthy) have stated in the last teleconference, that several months has gone by without any results (which is true), however; this case is still within the window of Discovery and everything I have done and will do that is within the purview of the Discovery window, I believe; is operating in good faith. I ask the Court to remedy above mentioned issues, thank you.

Sincerely,

_____/s/ Joshua G. Harris_____

Joshua G. Harris


CC to

Denetra D. Roberts denetra.roberts@ag.ny.gov

David M. Lee dlee@city-buffalo.com,

Joshua Paul Rubin jrubin@gerberciano.com,

Christopher.sasiadek@erie.gov,

Morgann Obrochta morgann.obrochta@erie.gov